FILED
APR 27 2018
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

v.

**ANTHONY DELVIN DEVONTAE COOLEY**

**CRIMINAL COMPLAINT**

CASE NUMBER: W18-128M

I, the undersigned complainant being duly sworn, state the following is true and correct to the best of my knowledge and belief.

On or about **March 29, 2018,** in **Bell** County, in the Western District of Texas, defendant(s), **did knowingly make a material false statement and report, for the purpose of influencing the action of the TD Auto Finance LLC, a financial institution whose accounts are insured by the Federal Deposit Insurance Corporation, in connection with an application for a loan from said financial institution,** in violation of Title **18**, United States Code, Section(s) **1014**.

I further state that I am a(n) **Detective, Killeen Police Department,** and that this complaint is based on the following facts:

**SEE ATTACHED AFFIDAVIT**

continued on the attached sheet and made a part hereof: YES

RAMIRO MARTINEZ, Detective
Killeen Police Department

Sworn to before me and subscribed in my presence,

April 27, 2018
Date

Waco, Texas
City and State

Jeffrey C. Manske
U.S. Magistrate Judge
Name & Title of Judicial Officer

Signature of Judicial Officer

# AFFIDAVIT

BEING FIRST DULY SWORN, Affiant, RAMIRO MARTINEZ, deposes and states the following:

I, RAMIRO MARTINEZ, am a Detective with the Killeen Police Departments Criminal Investigations General Crimes Unit in Killeen, Bell County Texas.

## AFFIANT'S BACKGROUND

Your Affiant is Detective Ramiro Martinez, a sworn Police Officer licensed by the State of Texas as a peace officer and employed by the City of Killeen Police Department in Killeen, Bell County, Texas. Your Affiant has been a Police Officer for the past 11 years with the City of Killeen and is currently assigned to the Killeen Police Departments Criminal Investigation General Crimes Unit for the past seven (7) years.

During this time period, your affiant has been involved in investigations of individuals and organizations that have been involved in financial crimes, theft of property crimes, and identity theft. Your affiant has had experience in investigating these individuals and organizations that derive substantial income from their illegal activities. Your affiant also has experience in the execution of search warrants, debriefing witnesses and suspects, and investigating financial crimes committed, including forgery, debit/credit card abuse and felon in possession of stolen firearms. Your affiant has been involved in many investigations over his career which have resulted long term state prison sentences.

## AFFIANT'S KNOWLEDGE

The information in this affidavit is derived from physical evidence, review of reports, discussions with officers from the Killeen Police Department and from conversations with persons further identified below who have personal knowledge of the events described herein.

Based on Affiant's investigation, **ANTHONY DELVIN DEVONTAE COOLEY**, committed the offense of False Statement On Application in Killeen, Bell County Texas, which is located in the Waco Division of the Western District of Texas.

On March 31, 2018 at 02:33PM, an employee of Killeen Automax reported that on March 29, 2018, they authorized the purchase of a 2014 Land Rover bearing Texas Temp Tag #78G3810 to an individual who identified himself with a Texas Department of Public Safety Temporary Driver's License as Xavier Saulter. A credit application was done in-person using Xavier Saulter's social security number for credit approval. Once the credit report was completed

1

they advised him that he needed a co-signer and Xavier advised he was going to contact his uncle, Michael Gardner. The salesperson advised they received an online credit application from Gardner and while the application was being processed Xavier along with the salesperson and an unidentified black male took the vehicle for a test drive. The loan was processed and approved by TD Auto Finance LLC. The finance manager of TD Auto Finance LLC confirmed that they are a financial institution whose accounts are insured by the Federal Deposit Insurance Corporation. The vehicle was turned over to Xavier Saulter and he was instructed to return to the dealership with his uncle, Michael Gardner, to complete the necessary paperwork. They advised they attempted several times to contact Xavier and even went to the residence but were unable to make any contact. They advised they were finally able to make contact via telephone and Xavier stated they were on the way but failed to show.

The employees advised they were able to make contact with the real Xavier Saulter as well as the real Michael Gardner, and both advised they did not authorize that transaction and were the victims of identity theft. The real Xavier Saulter has filed an offense report with the Killeen Police Department for Fraudulent Use of Identifying Information.

Affiant was advised of a similar incident in Coryell County and was informed by a Copperas Cove investigator that he had identified **ANTHONY DELVIN DEVONTAE COOLEY** as his main suspect. Affiant then prepared a photo lineup with two Automax employees, in accordance with our guidelines, and both persons positively identified **ANTHONY DELVIN DEVONTAE COOLEY** as the person who identified himself as Xavier Saulter and filled out the credit application in person.

Based on the above information, Affiant believes probable cause exists for issuance of a complaint for **ANTHONY DELVIN DEVONTAE COOLEY** for False Statement on Application.

_____
RAMIRO MARTINEZ, Detective
Killeen Police Department

SWORN TO AND SUBSCRIBED BEFORE ME on this the 27th day of April, 2018.

_____
JEFFREY C. MANSKE
United States Magistrate Judge

2