FILED

MAY 0 8 2018

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
                        DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | CRIMINAL NO. **W18CR137** |
| | * | |
| Plaintiff, | * | INDICTMENT |
| | * | |
| V. | * | [VIO: 18 U.S.C. 1014 – False Statement on |
| | * | Loan and Credit Application] |
| ANTHONY DELVIN | * | |
| DEVONTAE COOLEY, | * | |
| | * | |
| Defendant | * | |

THE GRAND JURY CHARGES:

On or about March 29, 2018, in the Western District of Texas, the Defendant,

**ANTHONY DELVIN DEVONTAE COOLEY,**

did knowingly make a material false statement and report, for the purpose of influencing the action of the TD Auto Finance, LLC, a financial institution whose accounts are insured by the Federal Deposit Insurance Corporation, in connection with an application for a loan from said financial institution, in violation of Title 18, United States Code, Section 1014.

A TRUE BILL:        SEALED DOCUMENT PURSUANT
                    TO E-GOVERNMENT ACT OF 2002

_____
FOREPERSON

JOHN F. BASH
United States Attorney

By: _____
    CHRISTOPHER M. BLANTON
    Assistant United States Attorney