

**FILED**

JUL 10 2018

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
                    DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | CRIMINAL NO. W-18-CR-137 |
| Plaintiff, | * | SUPERSEDING INDICTMENT |
| v. | * | [VIO: COUNT ONE and COUNT TWO: 18 U.S.C. 1014 – False Statement on Loan and Credit Application] |
| ANTHONY DELVIN DEVONTAE COOLEY, | * | |
| Defendant | * | |

THE GRAND JURY CHARGES:

### COUNT ONE
### [18 U.S.C. 1014]

On or about March 29, 2018, in the Western District of Texas, the Defendant,

**ANTHONY DELVIN DEVONTAE COOLEY,**

did knowingly make a material false statement and report, for the purpose of influencing the action of the TD Auto Finance, LLC, a financial institution whose accounts are insured by the Federal Deposit Insurance Corporation, in connection with an application for a loan from said financial institution, in violation of Title 18, United States Code, Section 1014.

### COUNT TWO
### [18 U.S.C. 1014]

On or about March 27, 2018, in the Western District of Texas, the Defendant,

**ANTHONY DELVIN DEVONTAE COOLEY,**

did knowingly make a material false statement and report, for the purpose of influencing the action of the Ally Financial, a financial institution whose accounts are insured by the Federal Deposit Insurance Corporation, in connection with an application for a loan from said financial institution, in violation of Title 18, United States Code, Section 1014.

A TRUE BILL:

_____
FOREPERSON

SEALED DOCUMENT PURSUANT TO E-GOVERNMENT ACT OF 2002

JOHN F. BASH
United States Attorney

By: _____
CHRISTOPHER M. BLANTON
Assistant United States Attorney